# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00610-CV

### J. L. M., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## NO. C140026CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J.L.M. filed his notice of appeal on September 30, 2015. The appellate record was complete October 12, 2015, making appellant's brief due November 2, 2015. On November 2, 2015, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than November 23, 2015. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 4, 2015.

Before Chief Justice Rose, Justices Pemberton and Field